UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00339-MOC

| | | |
|---|---|---|
| ALICE CROWDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Admission *Pro Hac Vice* of Karl E. Osterhout. Having considered such motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that on plaintiff's Motion for Admission *Pro Hac Vice* (#2) of Karl E. Osterhout, Karl E. Osterhout is admitted to practice before the Bar of this Court while appearing with local counsel in this particular case.

Signed: August 17, 2017

Max O. Cogburn Jr
United States District Judge

1